**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

BRANDON HARDESTY,

      Plaintiff,

    v.

CITY OF ZANESVILLE, OHIO,

      Defendant.

Civil Action 2:26-cv-441
Magistrate Judge Chelsey M. Vascura

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to File Amended Complaint (ECF No. 13). For good cause shown, Plaintiff's Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 15(a)(2). The Clerk is **DIRECTED** to file on the docket Plaintiff's Amended Complaint, attached to his Motion at ECF No. 13-2, and to **TERMINATE AS MOOT** Defendant's Motion for Judgment on the Pleadings (ECF No. 9).

    **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE